IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 71, )<br>)<br>Defendants. ) | Case No.: 13-cv-3824<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge Sidney I. Schenkier |

## RENEWED MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

As first suggested by Plaintiff's counsel at the discovery motion hearing on June 21, 2013; further to the Supplemental Memorandum in Support of Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Dkt. No. 13) and Plaintiff's Memorandum on Joinder (Dkt. No. 14), both filed on July 1, 2013; and as suggested by Plaintiff's counsel at the status hearing on August 16, 2013 --

Plaintiff, by and through undersigned counsel, respectfully moves this Court for leave to take limited discovery prior to the Rule 26(f) Conference involving the issuance of subpoenas under Rule 45 to the Internet Service Providers ("ISPs") who provided Internet services to the Doe Defendants identified herein by an Internet Protocol ("IP") address to obtain information sufficient to identify each Doe Defendant by name, current and permanent addresses, telephone number, email address and Media Access Control number.

In particular, this Court has expressed concern about the temporal connection among the various Doe Defendants in this case for joinder purposes. In order to address that concern, Plaintiff previously proposed and now proposes limiting the scope of this case by proceeding against those Doe Defendants who allegedly downloaded a copy of the copyrighted Motion Picture on a single day, in particular, on April 16, 2013.

Ten Doe Defendants (Nos. 51 to 60) downloaded the same copy of the Motion Picture on April 16, 2013 over a 23 hour period from 12:40 AM UTC to 11:54 PM UTC as part of the swarm defined in the Complaint by Hash Value 5C8C19BD68EFD8EF6D14E4EF2D9136E629C7738E.

Plaintiff further proposes dismissing all remaining Doe Defendants (Nos. 1-50 and 61-71) without prejudice. A more legible copy of Exhibit B to the Complaint is attached identifying Does 1-71.

This suggested approach complies with prior opinions within this District favoring severance [see, for example, <u>Malibu Media, LLC v. Reynolds et al.</u>, No. 12 C 6672 (N.D. Ill. March 7, 2013) (Kendall, J.)] which require a "close temporal proximity (within hours of one another, not days or weeks) such that it can plausibly be inferred that the defendants may have downloaded and uploaded content through the same series of transactions."

As requested by the Court, a proposed Order is submitted under separate cover for consideration in compliance with the Court's standing instructions.

Date: August 23, 2013

Respectfully submitted,

TCYK, LLC

By: <u>s/ Michael A. Hierl</u>
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
TCYK, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Renewed Motion for Leave to Take Discovery Prior to Rule 26(f) Conference was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 23, 2013.

<u>s/Michael A. Hierl</u>